Same case below, 397 Fed. Appx. 95.

Same case below, 406 Fed. Appx. 37.

**No. 10-9739. David Mark Hardy, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2169, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3268.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 205.

**No. 10-9745. Hector Morel, Petitioner v. Terry O'Brien, Warden.**

563 U.S. 968, 131 S. Ct. 2170, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3271.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 108.

**No. 10-9740. Edgar Graciani-Gonzales, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2169, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3257.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9747. Brandon Emanuel Butler, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2170, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3191.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 756.

**No. 10-9741. Fred Flores, III, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2169, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3354.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 92.

**No. 10-9752. Shayne Allyn Ziska, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2170, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3259.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 195.

**No. 10-9743. Benji Wayne Davis, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2169, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3325.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9757. Luis Alonzo Pena, Petitioner v. United States.**

563 U.S. 968, 131 S. Ct. 2170, 179 L. Ed. 2d 949, 2011 U.S. LEXIS 3231.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.